UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALCOM J. PITT,<br><br>         Plaintiff,<br><br>-against-<br><br>SALVATORE LIBRIZZI; L. WILLIAMS; LOUIS FALCO; and COUNTY OF ROCKLAND,<br><br>         Defendants. | **RESCHEDULING ORDER**<br><br>23-CV-02842 (PMH) |

  The initial conference scheduled for October 4, 2023 at 10:30 a.m. is rescheduled to October 11, 2023 at 1:30 p.m. Defense counsel shall make all arrangements necessary for the plaintiff to appear by telephone.

  At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

**Re: Incarcerated Prisoners**

  *It is the responsibility of counsel for <u>respondent/defendant</u> to make prior arrangements with the appropriate facility to have the <u>petitioner/plaintiff available</u> via telephone.*

Dated: White Plains, New York
    September 28, 2023

                   SO ORDERED:

                   _____
                   Philip M. Halpern
                   United States District Judge