UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALCOM J. PITT,<br><br>                              Plaintiff,<br><br>            -against-<br><br>SALVATORE LIBRIZZI, et al.,<br><br>                              Defendants. | **ORDER**<br><br>23-CV-02842 (PMH) |

Defense counsel previously advised the Court that Plaintiff had been relocated to Collins Correctional Facility. The Court in a different action brought by Plaintiff, *Pitt v. Rockland County*, 22-cv-8356 (VB), which is pending before the Honorable Vincent L. Briccetti, recently received mail from Plaintiff confirming, based on the return address on the envelope, that he has been moved from Coxsackie to Collins Correctional Facility.

Plaintiff is again reminded that he must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so. Plaintiff is further reminded, again, that the Court may dismiss this action if he fails to that which is necessary to receive his mail, and otherwise fails to participate in this lawsuit.

The Clerk of Court is, accordingly, respectfully requested to: (1) update Plaintiff's address on the docket as follows: Malcom Pitt, DIN: 23B1367, Collins Correctional Facility, P.O. Box 340, Collins, New York 14034-0340; (2) mail copies of documents that were previously returned as undeliverable and recently mailed to Plaintiff to his new address (Doc. 44, Doc. 46, Doc. 50, Doc. 54, Doc. 55, Doc. 59, Doc. 64); and (3) mail a copy of this Order to Plaintiff at his new address.

SO ORDERED:

Dated: White Plains, New York
       December 7, 2023

_____
Philip M. Halpern
United States District Judge