UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOM J. PITT,

                          Plaintiff,

-against-

SALVATORE LIBRIZZI, et al.,

                          Defendants.

**ORDER**

23-CV-02842 (PMH)

      Counsel for defendants and plaintiff *pro se* appeared by telephone today for a conference in connection with Defendants' application to dismiss the complaint for failure to prosecute under Rule 41(b).

      Plaintiff advised the Court that he intends to prosecute this action. Plaintiff was again reminded of his obligation to promptly submit a written notification to the Court when his address changes and that he must do that which is necessary to receive his legal mail, because the Court may dismiss the action if Plaintiff continues to reject his mail.

      Defendants represented that they served their Local Civil Rule 33.2 discovery as well as document demands and interrogatories on Plaintiff. Plaintiff represented that he received Defendants' production and requests, and that he filled out and mailed a HIPAA form, but did not respond to the document demands and interrogatories. The Court reminded Plaintiff that his responses were due January 5, 2024 and as such, directed that Plaintiff immediately locate the demands and serve his complete responses on defense counsel this week.

      The Court further reminded Plaintiff that he may consider contacting the New York Legal Assistance Group's ("NYLAG") Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this court.

2

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

Dated: White Plains, New York
       January 9, 2024

SO ORDERED:

_____
Philip M. Halpern
United States District Judge

2