UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOM J. PITT,

                Plaintiff,

-against-

SALVATORE LIBRIZZI, et al.,

                Defendants.

**ORDER**

23-CV-02842 (PMH)

    The Court is in receipt of three copies of executed Authorization forms for release of health information pursuant to HIPAA and a Designation of Agent for Access to Records Sealed Pursuant to NYCPL §§ 160.50 and 160.55.

    These documents should not have been mailed to the Court, and should have been served upon defense counsel.

    The documents are available at the Clerk's Office on the first floor of the White Plains Courthouse. Defense counsel is directed to retrieve those documents forthwith.

    The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

Dated: White Plains, New York
         February 16, 2024

                              SO ORDERED:

                              _____

                              Philip M. Halpern
                              United States District Judge