UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALCOM J. PITT,<br><br>        Plaintiff,<br><br> -against-<br><br>SALVATORE LIBRIZZI, et al.,<br><br>        Defendants. | **RESCHEDULING ORDER**<br><br>23-CV-02842 (PMH) |

  A conference was scheduled for 10:30 a.m. today to discuss plaintiff's continued failure to timely respond to discovery. Counsel for defendants appeared; plaintiff *pro se* did not appear. Counsel for defendants advised that plaintiff's facility was on lockdown and that the facility could not produce plaintiff for the conference.

  The Court hereby adjourns the conference to **May 1, 2024 at 12:30 p.m.**, to be held by telephone conference. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

  It is the responsibility of counsel for defendants to make prior arrangements with the appropriate facility to have the plaintiff available via telephone.

Dated: White Plains, New York
   April 24, 2024

                   SO ORDERED:

                   _____
                   Philip M. Halpern
                   United States District Judge