UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOM J. PITT,

                    Plaintiff,

-against-

SALVATORE LIBRIZZI, et al.,

                    Defendants.

**ORDER**

23-CV-02842 (PMH)

      The Court received by mail on May 23, 2024 from Plaintiff a two page handwritten document titled "Interrogatories Answer" and three copies of executed Authorization forms for release of health information pursuant to HIPAA, all dated June 6, 2024. The Court notes that the mailing from Plaintiff does not include a response to document demands.

      The documents sent by Plaintiff should not have been mailed to the Court, and should have been served upon defense counsel. They have been made available at the Clerk's Office on the first floor of the White Plains Courthouse. Defense counsel is directed to retrieve those documents forthwith.

      Separately, the case management conference previously scheduled for June 4, 2024 is adjourned *sine die*.

      The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

Dated: White Plains, New York
       May 24, 2024

                                                SO ORDERED:

                                                Philip M. Halpern
                                                United States District Judge