UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOM J. PITT,

                         Plaintiff,

-against-

SALVATORE LIBRIZZI, et al.,

                         Defendants.

**ORDER**

23-CV-02842 (PMH)

      On May 15, 2024, Defendants complied with the Court's May 2, 2024 Order which directed the filing of an affidavit bringing current all attempts to serve papers in this action upon Plaintiff. (*See* Doc. 78; Doc. 79). Plaintiff's responses to Defendants' discovery demands were due by May 15, 2024, and his response to Defendants' affidavit was due by May 29, 2024. (Doc. 78). With the exception of a two-page handwritten document titled Interrogatories Answer and three copies of executed Authorization forms for release of health information pursuant to HIPAA which were improperly mailed to the Court (*see* Doc. 81), the Court has not received any communication from Plaintiff with respect to the May 2, 2024 Order.

      Defendant is directed to file a letter by June 27, 2024 advising of the status of this action and whether Plaintiff has complied with his obligation to respond to Defendants' discovery demands.

      Plaintiff is reminded of the Court's prior warning that no further opportunities to comply with the discovery demands and the Court's orders would be afforded to him.

      The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

Dated: White Plains, New York
       June 20, 2024

                                                             SO ORDERED:

                                                            Philip M. Halpern
                                                            United States District Judge